United States District Court
Southern District of Texas

**ENTERED**

August 06, 2026

Nathan Ochsner, Clerk

United States Courts
Southern District of Texas
FILED

*August 06, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **LUIS LOZADA VELA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 7:26-CV-0357** |
| | § | |
| **MARWAYNE MULLIN,** | § | |
| **SECRETARY OF HOMELAND** | § | |
| **SECURITY,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

Petitioner LUIS LOZADA VELA, appearing through the assistance of counsel, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. No. 1), complaining that he was "wrongfully deported" from the United States while his appeal of an order of removal was pending before the Board of Immigration Appeals (*id.* at 3, 7). In terms of relief, Petitioner seeks "[r]eturn to the United States . . . to prosecute his appeal." (*Id.* at 8). The Government is hereby ORDERED to submit a response to the Petition. The response must be filed by **no later than 14 days from the date of this order.**

The Clerk of Court is hereby DIRECTED to forward a copy of this Order to the parties, including the local U.S. Attorney's Office, by any receipted means.

IT IS SO ORDERED.

SIGNED at McAllen, Texas this 6th day of August 2026.

_____
J. SCOTT HACKER
United States Magistrate Judge