United States District Court
Southern District of Texas
**FILED**

AUG 1 1 2026

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| LUIS LOZADA VELA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-0357 |
| | § | |
| MARWAYNE MULLIN, | § | |
| SECRETARY OF HOMELAND | § | |
| SECURITY, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner LUIS LOZADA VELA, appearing through counsel, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. No. 1), complaining of his "wrongful deportation" while his appeal of an order of removal was pending before the Board of Immigration Appeals (the "BIA") (*id.* at 3, 7). The Government has filed a response to the Petition (Dkt. No. 5), arguing for dismissal based on the lack of jurisdiction. According to the Government, Petitioner was not "in custody" for purposes of habeas jurisdiction (*id.* at 3-4), and Petitioner's challenge to his removal is not cognizable (*id.* at 4-5). The Government also seemingly contradicts Petitioner's claim that he was deported while his immigration appeal was pending. Attached to the response are copies of letters from the BIA reflecting that Petitioner's appeals were rejected for the failure to pay the filing fee. (*Id.* at 2; Dkt. Nos. 5-3, 5-4).

As such, Petitioner is hereby ORDERED to submit a reply to the Government's response. Through the reply, Petitioner must specifically address the Government's jurisdictional arguments, as well as the matter of his appeal. Petitioner's reply must be filed **no later than 14 days from the date of this order.**

IT IS SO ORDERED.

SIGNED at McAllen, Texas this 11th day of August 2026.

J. SCOTT HACKER
United States Magistrate Judge