United States District Court
Southern District of Texas
FILED

AUG 1 1 2026

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| LUIS LOZADA VELA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-0357 |
| | § | |
| MARWAYNE MULLIN, | § | |
| SECRETARY OF HOMELAND | § | |
| SECURITY, | § | |
| | § | |
| Respondent. | § | |

## ADVISORY AND ORDER

On the morning of August 11, 2026, the Magistrate Judge signed an order for Petitioner LUIS LOZADA VELA to submit a reply to the Government's response to the underlying habeas petition. (Dkt. No. 8). Before the order could be entered, however, Petitioner filed a motion for summary judgment (Dkt. No. 6), and the Government filed a response thereto (Dkt. No. 7). Petitioner is ADVISED that the substantive requirements of the Magistrate Judge's prior order (Dkt. No. 8) continue to apply insofar as Petitioner must submit a reply to the Government's arguments that this case is subject to dismissal for lack of jurisdiction. Petitioner's reply to the Government's jurisdictional arguments must be filed **no later than August 25, 2026.**

IT IS SO ORDERED.

SIGNED at McAllen, Texas this 11th day of August 2026.

J. SCOTT HACKER
United States Magistrate Judge