United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUIS LOZADA VELA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:26-CV-357 |
| | § | |
| MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY, | § | |
| | § | |
| | § | |
| Respondent. | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Magistrate Judge's Report and Recommendation as to Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that the § 2241 petition should be **DENIED**, that Petitioner's Motion for Summary Judgment (Dkt. No. 6) should be **DENIED**, and that this civil action should be **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED October 6, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge